4:11CV-125M

United States of America
U.S. District Court
Office of the Clerk
U.S. Court Bldg.
Frederica St
Owensboro, KY

**FILED**
VANESSA L. ARMSTRONG, CLERK

OCT 18 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Earl D. McNeiley

VS

Kroger Food Stores
And Associate Stores

Kroger# 30101285612-0001

~~Def.~~ 1?A

~~Pla.~~ Def

Cause for filing

Statue of Limitation

A.
1. On December 11, 2010, at the Kroger store in Powderly, Ky, an accident did happen due to Kroger's neglect.

2. There is a one-year time limitation to file a claim. That time is up on December 11, 2011.

3. Def. does not have medical release from his two doctors, and cannot file a claim within the Statue of Limitation time.

4. Therefore the filing will keep the Statue of Limitation running until Def has time to file a claim.

5. Def. is aware that Kroger ha a Statue of Limitation also to handle this claim that Def. will claim when time permits.

Original to U.S District Ct
    Owensboro, Ky

Copy to Kroger Corporate Office
    1014 Vine Street
    Cincinnati, OH 45202

Earl D. McNeiley
Pro Say